No. 95-9176. WATSON v. GENERAL MOTORS CORP., ELECTRO-MOTIVE DIVISION. C. A. 7th Cir. Certiorari denied.

No. 95-9177. WILLIAMS v. IOWA ET AL. C. A. 8th Cir. Certiorari denied.

No. 95-9178. GUNNELL v. LITTLEFIELD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95-9179. DIXON v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 95-9181. GILES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95-9182. MILLER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95-9183. MOORE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95-9185. LASTER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95-9186. JONES v. ASSOCIATED UNIVERSITIES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 95-9187. KRIVONAK v. BERKEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 95-9188. LONG v. SPARKMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95-9189. LeFEBRE v. CIRCUIT COURT OF WISCONSIN, LA-CROSSE COUNTY. Sup. Ct. Wis. Certiorari denied.

No. 95-9190. MACIEL v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95-9191. KINARD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95-9192. LOUIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.